## United States District Court
## Violation Notice

**CVB Location Code:** EW78

**Violation Number:** FARS00W8
**Officer Name:** Hess
**Officer No.:** 2037

FARS00W8

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/01/2025 11:21
**Offense Charged:** FED 36CFR261.17
**Place of Offense:** Tucannon TH

**Offense Description: Factual Basis for Charge**
No trailhead pass displayed

**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Cuts
**First Name:** Camerons
**M.I.:**

**Street Address:**

**City:** 
**State:** 
**Zip Code:** 
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:** 
**CDL:** ☐
**D.L. State:** 
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex M ☐  F ☐
**Race:**  **Hair:**  **Eyes:**  **Height:**  **Weight:**

### VEHICLE

**VIN:**  **CMV:** ☐

**Tag No.:** C44749Z
**State:** WA
**Year:** 2001
**Make/Model:** TOYT/TUNDRA
**PASS:** ☐
**Color:** SIL

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $ 50.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 80.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 920 West Riverside Ave, Spokane, Washington 99201
**Date (mm/dd/yyyy):** 11/18/2025
**Time (hh:mm):** 14:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FARS00W8

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     11/01/2025     while exercising my duties as a law enforcement officer in the     Eastern     District of     WA

Pursuant to 16USC 551: that at approximately 1121 while working the Tucannon Trailhead on the Umatilla National Forest, and while in a USFS Law Enforcement vehicle with standard markings and while in the standard USFS Law Enforcement uninform, I observed a silver Toyota pickup without a trailhead pass displayed as required by the posted instructions prior to entering the parking area and also posted on the information board.

The WA C44749Z plate returned to Cameron CUTTS of Otis Orchards, WA.

Cameron CUTTS was issued violation notice FARS00W8 for violation of 36CFR 261.17  No trailhead pass displayed as required by posted instructions.

Photos available upon request.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above
and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     11/01/2025
Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;      PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;      CMV = Commercial vehicle involved in incident